# AFFIDAVIT OF SERVICE

**State of Florida**         **County of Southern**         **United States District Court**

Case Number: 1:25-CV-20157-BB

Plaintiff:
**MICHAEL LAUGHLIN, on behalf of himself and all others similarly situated**

vs.

Defendant:
**THE APPROVAL DEPARTMENT, LLC, d/b/a BREEZE FINANCIAL**

Received by Global Process Services on the 2nd day of March, 2025 at 2:35 pm to be served on **THE APPROVAL DEPARTMENT, LLC, d/b/a BREEZE FINANCIAL, 4509 Simple Promise Court, Las Vegas, NV 89130.**

I, Anthony Spada, being duly sworn, depose and say that on the **8th day of March, 2025** at **1:30 pm, I:**

served an agent of **THE APPROVAL DEPARTMENT, LLC, d/b/a BREEZE FINANCIAL** by delivering a true copy of the *SUMMONS IN A CIVIL ACTION and AMENDED COMPLAINT - CLASS ACTION*, endorsed thereon by me with the date and hour of service, my identification number, and my initials, to: **JEAN-LUC FELLOWS** as **Representative**, in a capacity for **THE APPROVAL DEPARTMENT, LLC, d/b/a BREEZE FINANCIAL**, at the address of: **4509 Simple Promise Court, Las Vegas, NV 89130**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 225, Hair: BALDING, Glasses: N

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

_____
Anthony Spada
R-2018-06348

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 9th day of March 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2027

**Global Process Services**
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: BRT-2025000617
Ref: 25-1163

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a