# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| **MICHAEL LAUGHLIN**, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE APPROVAL DEPARTMENT, LLC, d/b/a BREEZE FINANCIAL,**<br><br>*Defendant*. | Civil Case No.: 1:25-cv-20157 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, The Approval Department, LLC, respectfully requests this Court for an extension of time to respond to Plaintiff's Amended Complaint and states in support:

1. The Amended Complaint in this matter was served on March 8, 2025. *See* Affidavit of Service [ECF No. 12].

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant's deadline to respond to Plaintiff's Amended Complaint was March 31, 2025.

3. The Court entered a *sua sponte* Order directing Defendant to respond to the Amended Complaint by April 7, 2025, or face potential sanctions. *See* Order [ECF 13].

4. Plaintiff served the Order on Defendant's principal and owner, Fabrice Fellous.

5. Undersigned Plaintiff's counsel and Mr. Fellous have been engaged in cooperative discussions and a voluntary exchange of information regarding Plaintiff's claims, Defendant's alleged defenses, and the facts and circumstances surrounding the calls placed to Plaintiff.

6. Mr. Fellous has advised that he seeks an extension of time to further investigate the claims, retain a potential defense counsel, and otherwise respond to the Amended Complaint. An

extension of time will also provide the Parties addition time explore a potential early resolution.

7. Accordingly, Defendant seeks a 21-day extension of time, up and through April 28, 2025, to respond to the Amended Complaint.

8. **Local Rule 7.1(A)(3) Certification:** Plaintiff's Counsel agrees to the proposed extension and has agreed to file this motion on behalf of Defendant until it retains counsel.

WHEREFORE, Defendant respectfully requests the Court for an Order granting Defendant an extension of time until April 28, 2025, to respond to Plaintiff's Amended Complaint,

Dated: April 7, 2025                                     Respectfully submitted,

*/s/ Joshua Eggnatz*
Joshua H. Eggnatz, Esq.
Florida Bar No.: 0067926
Michael J. Pascucci, Esq.
Fla. Bar. No.: 83397
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, Florida 33314
Tel: (954) 889-3359
Jeggnatz@justiceearned.com
MPascucci@JusticeEarned.com
SGizzie@JusticeEarned.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2025, a true and correct copy of the foregoing was filed through the CM/ECF system which will send an electronic notification to all counsel of record on the service list below. I further certify that I served the foregoing on the persons below.

**SERVICE LIST**

The Approval Department, LLC
Fabrice Fellous
Fabrice.fellous@gmail.com

*/s/ Joshua Eggnatz*
Joshua H. Eggnatz, Esq.