**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-20157-BLOOM/Elfenbein**

MICHAEL LAUGHLIN,

      Plaintiff,

v.

BREEZE FINANCIAL, INC,

      Defendant.

_____/

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

      **THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [18] ("Stipulation"), filed on July 21, 2025. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [18]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 1:25-cv-20157-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 21, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:       Counsel of Record